Konrad K. Gatien (Bar No. 221770)
kgatien@raineslaw.com
Nicole Cohen (Bar No. 261109)
ncohen@raineslaw.com
Raines Feldman LLP
9720 Wilshire Boulevard
Fifth Floor
Beverly Hills, California 90212
Telephone:  (310) 440-4100
Facsimile:   (310) 765-7647

Attorneys for Plaintiff
MAD DOGG ATHLETICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE, INC., a California corporation; and JOHN DOES 1-10,<br><br>Defendants. | Case No. CV 12-1764 PA (FFMx)<br><br>**NOTICE OF STIPULATED DISMISSAL AND STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT ZAZZLE, INC.** |

Z:\CLIENTS\GATIEN\Mad Dogg14 - Zazzle\Pleadings\Dismissal - Zazzle - Stip.docx

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) and (ii), Plaintiff, MAD DOGG ATHLETICS, INC. ("Mad Dogg"), on the one hand, and Defendant, ZAZZLE, INC. ("Defendant"), on the other hand, hereby stipulate to dismiss Defendant with prejudice from the above-captioned action. Each party is to bear its own costs and attorneys' fees. The parties respectfully request that the Court execute the proposed order thereon submitted concurrently herewith.

IT IS SO STIPULATED

RAINES FELDMAN, LLP

Dated: July 23, 2012        By: _____
                                Konrad K. Gatien
                                Attorneys for Plaintiff
                                MAD DOGG ATHLETICS, INC.


WILSON SONSINI GOODRICH & ROSATI

Dated: July 23, 2012        By: _____
                                Aaron Hendelman
                                Attorneys for Defendant
                                ZAZZLE, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to within action; my business address is 9720 Wilshire Blvd., 5th Floor, Beverly Hills, CA 90212.

On July 24, 2012, I served the following documents on the interested parties in this action: **(1) NOTICE OF STIPULATED DISMISSAL AND STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT ZAZZLE, INC. (2) [PROPOSED] ORDER RE STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT ZAZZLE, INC.** by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Wilson Sonsini Goodrich & Rosati
Aaron Hendelman
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
(206) 883-2514 direct
(206) 883.2500 main
(206) 883.2699 fax
ahendelman@wsgr.com

**Attorneys for Defendants ZAZZLE, INC.**

☐ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The enveloped was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business.

☒ (BY E-MAIL) I sent such document to the individual(s) identified at the email referenced above.

☐ BY FACSIMILE) I telecopied such document to the offices of the addressee at the fax number   referenced above.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing   is true and correct.

Executed on July 24, 2012, at Beverly Hills, California.

/Elizabeth Chavis/
Elizabeth Chavis